UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: )
) CASE NO. 14-33130-KLP
Theresa Raines Kidd  CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of $500.00

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post confirmation modified plan** filed with this Court on **2/18/2015**.

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post confirmation modified plan** filed with this Court on **6/9/2015**.

3. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

4. The Attorney is the sole provider of legal services to the Debtor(s).

5. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.                                           Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121

Certificate of Service

I certify that I on **9/2/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.                    /s/ Richard J. Oulton
                                        Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                             )
                                                   )        CASE NO. 14-33130-KLP
Theresa Raines Kidd                                         CHAPTER 13

Debtor(s)
2302 Lanston Ave, Apt. A
Richmond, VA 23220
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4475_____

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$500.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before ___**9/16/2015**_____**(14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
Address of attorney for the Debtor(s):   Richard J. Oulton
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121


Address of Chapter 13 Trustee:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819


9/2/2015                                                        /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **9/2/2015**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton

**Parties served:**

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1819

Theresa Raines Kidd
Debtor(s)
2302 Lanston Ave, Apt. A
Richmond, VA 23220

# Creditors

**Afni, Inc**
PO Box 3667
Bloomington, IL 61702

**Afni, Inc.**
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702-0000

**America Law Group, Inc.**
2800 N. Parham Rd, Suite 100
Henrico, Virginia 23294

**Bremner Woods I**
3951A Stillman Pkwy
Glen Allen, VA 23060-0000

**Bremner Woods II LC**
4501 Sprenkle Ln
Henrico, VA 23228-0000

**Capital 1 Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Edfinancial Services L**
120 N Seven Oaks Dr
Knoxville, TN 37922-0000

**First Virginia Financial Svcs**
9121 Staples Mill Road
Henrico, VA 23228-2026

**Focused Recovery Solutions**
9701 Metropolitan Court, Ste B
Richmond, VA 23236-3690

**Godwin-Jones & Price**
20 South Auburn Ave
Richmond, VA 23221-2910

**Henrico Doctor's Hospital**
PO Box 13620
Richmond, VA 23225-8620

**Hudson Law Office**
324 South Main St
Emporia, VA 23847-0000

**Hyundai Finc**
Attn: Bankruptcy
Pob 20809
Fountain Valley, CA 92708-0000

**Hyundai Motor Finance**
PO Box 20809
Fountain Valley, CA 92728

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud Mn 56302-9617

**MRS Associates**
1930 Olney Ave
Cherry Hill, NJ 08003-0000

**Nco Fin/38**
507 Prudential Rd.
Horsham, PA 19044

**Newsome Law Office**
324 South Main St.
Emporia, VA 23847-0000

**Patrick Pettitt**
281 Independence Blvd
Building One, 5th Floor
Virginia Beach, VA 23462-0000

**Pinnacle Credit Service**
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343-0000

**Randolph Richmond**
1111 E Main St., Ste 1100
Richmond, VA 23219-0000

**Southside Regional Medical**
200 Medical Park Blvd
Petersburg, VA 23805-0000

**T-Mobile Bankruptcy Team**
PO Box 53410
Bellevue, WA 98015-5341

**U S Department of Education**
P O Box 16448
St. Paul, MN 55116-0448

**U S Dept Of Ed/fisl/at**
Attn: Bankruptcy
61 Forsythe St Room 19t89
Atlanta, GA 30303-0000

**U. S. Attorney's Office**
600 E. Main Street
18th Floor
Richmond, VA 23219

**United Recovery Systems**
5800 North Course Dr.
Houston, TX 77072-0000

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

**Virginia Emergency Physicians**
1602 Skipwith Rd
Henrico, VA 23229-0000

**Weinstein Properties**
PO Box 31335
Henrico, VA 23294-0000